UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

TRIBEST CORP.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-9145

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LAWRENCE YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, TRIBEST CORP., with prejudice and without fees and costs.

Dated: New York, New York
       December 8, 2021

                                                              **GOTTLIEB & ASSOCIATES**

                                                             /s/Michael A. LaBollita, Esq.

                                  Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                                  Phone: (212) 228-9795
                                                      Fax: (212) 982-6284
                                                     Michael@Gottlieb.legal

                                                     *Attorneys for Plaintiffs*

SO ORDERED:
_____
United States District Court Judge

December 9, 2021